## MILLER *v.* THE STATE.

FISH, P. J.   The exceptions to the charge are without merit.   The evidence warranted the verdict, and the court did not err in refusing to grant a new trial.

*Judgment affirmed.    All the Justices concur, except Simmons, C. J., absent.*

Argued January 21,— Decided February 12, 1904.

Conviction of manslaughter.    Before Judge Butt.    Harris superior court.    December 12, 1903.

*H. C. Cameron,* for plaintiff in error.
*S. P. Gilbert, solicitor-general,* contra.